UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

─────────────

No. 14-1126

─────────────

M.D. STEVEN S. SIMRING,
United States of America, ex rel.

v.

RUTGERS, The State University of New Jersey;
UNIVERSITY HOSPITAL; NEW JERSEY MEDICAL SCHOOL;
JAMES LAWLER; JOHN DOES 1-25, (Employees of University of Medicine and
Dentistry), UMDNJ-University
Hospital and/or New Jersey Medical School; CHAIRMAN OF THE BOARD
UNIVERSITY PHYSICIAN ASSOCIATES;
MICHAEL SAULICH; CATHERINE GIBBONS; UNIVERSITY PHYSICIAN
ASSOCIATES OF NEW JERSEY INC.

M.D. Steven S. Simring,
Appellant

─────────────

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 3-04-cv-03530)
District Judge: Honorable Peter G. Sheridan

─────────────

Before: AMBRO, SCIRICA, and ROTH, <u>Circuit Judges</u>

**SUR PETITION FOR PANEL REHEARING**
─────────────────────────

The petition for panel rehearing filed by Appellant, Steven Simring, M.D. in the

above entitled case having been submitted to the judges who participated in the decision

of this Court, it is hereby ORDERED that the petition for rehearing by the panel is granted. The opinion and judgment entered July 7, 2015 are hereby VACATED.[1] A subsequent opinion and judgment will be issued.

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated: August 4, 2015

---

[1] As the merits panel has vacated the prior opinion and judgment, action is not required by the en banc court.